6:20CR97-11  JCB/JDL

I would like a docket sheet
reguarding the status of my case.

Thanks,
Lance Allen
#116745

CLERK, U.S. DISTRICT C.
RECEIVED
FEB 25 2021
EASTERN DIST. OF TEX

Lonnie Allen 116745
101 E. Methvin
Longview Tx. 7660

INMATE INDIGENT

75702-1-7222250

SHREVEPORT LA 710

23 FEB 2021 PM 2

quadient
FIRST-CLASS MAIL
$000.51 °
02/22/2021 ZIP 75601
043M31219807

US POSTAGE

Federal Courts
Eastern District
211 W. Ferguson
Tyler Tx. 75702