### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| | § |
| | §   **CASE NUMBER 6:20-CR-00097-JCB** |
| **v.** | § |
| | § |
| | § |
| **LANCE WADE ALLEN (11),** | § |
| | § |

### O R D E R

This case is set for **Pretrial Conference** on **MONDAY, JUNE 14, 2021 at 1:30 p.m.**, **Jury Selection and Trial set on TUESDAY, JUNE 15, 2021 at 9:30 a.m.** before United States District Judge **J. Campbell Barker**.

It is further ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **TUESDAY, MAY 18, 2021** at **12:00 p.m.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause for the delay.

**So ORDERED and SIGNED this 25th day of February, 2021.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE