IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 6:20-CR-97-11 |
| v. | § | |
| | § | JUDGES JCB/JDL |
| LANCE WADE ALLEN (11) | § | |

## FACTUAL BASIS

Investigation by the Bureau of Alcohol, Tobacco, Firearms, and Explosives

(BATFE), Drug Enforcement Administration (DEA), Texas Department of Public Safety,

and the Gregg County Sheriff's Office disclosed the following facts that establish that I,

the defendant, **Lance Wade Allen**, committed the conduct described in Count 1 of the

indictment, which charges a violation of 21 U.S.C. § 846 (conspiracy to distribute and to

possess with intent to distribute methamphetamine). I agree that the following factual

basis is true and correct:

    1.    Beginning in or about March 2020, I knowingly and intentionally

combined, conspired, confederated, and agreed with others, including co-defendants in

this case, to distribute methamphetamine in the Eastern District of Texas. It was the

objective of the conspiracy to earn a profit by possessing with the intent to distribute and

distributing at least 50 grams or more of actual methamphetamine or 500 grams or more

of a mixture or substance containing a detectable amount of methamphetamine. Within

the conspiracy, I served as a transporter of bulk methamphetamine for high-volume

traffickers. I knew that those others whom I supplied would further distribute the

Factual Basis - Page 1

methamphetamine before it was purchased by end users. I stipulate that: (1) I was personally responsible for the possession with intent to distribute at least 50 grams of actual methamphetamine, (2) my co-conspirators and I distributed at least that amount during my involvement in the conspiracy, and (3) such distribution was part of the jointly undertaken activities of the conspiracy.

2.      I had agreed with my co-conspirators, including my co-defendants in this case, to violate federal drug laws by facilitating the purchase and distribution of methamphetamine in the Longview, Texas area, which is in the Eastern District of Texas. I knew that the objective of the conspiracy was to distribute methamphetamine, and I knowingly involved myself in the conspiracy.  My co-conspirators and I were interdependent upon each other to achieve our objectives of purchasing and distributing methamphetamine.

3.      On March 5, 2020, I was transporting bulk methamphetamine for a co-conspirator from Houston, Texas to Longview, Texas when I was lawfully stopped in Gregg County by a DPS Trooper. During the traffic stop, the driver, co-defendant Shane Dispennett, was lawfully detained because the Trooper found a methamphetamine smoking pipe during a safety pat down of Dispennett's pants pockets.  After Dispennett was detained, DPS Troopers also removed me from the car and patted down my pants pockets for safety.  The Troopers discovered a small baggie of methamphetamine in my pockets and then detained me.  The Troopers then lawfully searched the vehicle and located a safe containing bulk methamphetamine. The bulk methamphetamine was later

tested in a laboratory and determined to be 767 grams of actual methamphetamine. I stipulate that this possession was in furtherance of my participation in the conspiracy charged in Count 1 of the indictment.

4.    I am pleading guilty to Count 1 in this case because I am guilty of the violation alleged. I have had an opportunity to consult with an attorney and I am satisfied with the advice and counsel provided to me. I acknowledge that these acts violated 21 U.S.C. § 846. I hereby stipulate that the facts described above are true and correct, and I accept them as the uncontested facts of this case.

5.    I stipulate and agree to forfeit any and all interest I may have in the following property to the United States because the property constitutes contraband, instrumentalities of my offenses, or proceeds traceable to the illegal activity described in the indictment or was used or intended for use to facilitate the offense described in the indictment:

a.    a money judgment in the amount of $5,000.00, which represents proceeds obtained by me as a result of the offense alleged in Count 1 of the indictment and relevant conduct, for which I am personally liable.

Dated: 8-3-21

LANCE WADE ALLEN
Defendant

Factual Basis - Page 3

I have reviewed this Factual Basis with the defendant.  Based on these discussions, I am satisfied that he understands the terms and effect of the Factual Basis and that he has signed it voluntarily.

Dated: _8/3/21_

_____

ALLEN GARDNER
Attorney for Defendant

**Factual Basis – Page 4**